# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

133989

YOLANDA HARDY and PAUL HARDY,
     Plaintiffs-Appellants,

v

SAFEWAY FOOD CENTER, INC.,
     Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133989
COA: 272962
Oakland CC: 05-068918-NO

On order of the Court, the application for leave to appeal the April 17, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

_____
Clerk